UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

DARLEANA JOHNSON,
et al.,
Plaintiffs,

vs.

HOUSING AUTHORITY      Civ. No. 3:22-cv-608-JD-MGG
OF SOUTH BEND,
et al.,
Defendants.

### AFIDAVIT OF RETURN OF SERVICE

Kent Hull states to this Court:

1. I am the attorney for Plaintiffs in this case.

2. This case was filed August 1, 2022 and on August 3 I tendered a proposed summons for each Defendant to the Clerk.

3. I was aware that all Defendants would be represented by Atty. Tramel R. Raggs of Crown Point, IN and, on August 1, had emailed to him an informational pdf copy of the Complaint as filed.

4. On August 3, Atty. Raggs and I agreed that he would accept service on behalf of each Defendant without additional formal service on them. We agreed further that I would file this affidavit showing return of service completed on August 3, 2022.

5. Further affiant sayeth not.

1

## Verification

I affirm, under the penalties for perjury, that the foregoing representations are true.

Dated: August 3, 2022

Respectfully submitted,

s/ Kent Hull_____
Kent Hull
Atty. No. 8580-71
238 Hawthorne Dr.
South Bend, IN 46617
574-287-3806
hkent507@gmail.com
Attorney for Plaintiffs

## Certificate of Service

I certify that on the 3rd day of August, 2022, I served a copy of the foregoing
AFIDAVIT OF RETURN OF SERVICE
on the Attorney for Defendants, Tramel R. Raggs, through the Clerk of this Court via the ECF system.

s/ Kent Hull_____
Kent Hull

2